# EXHIBIT C

**Exhibit C - Handover Packet**

## Vendors, Contractors, Mechanics, Vets, Charge Accounts, Important Contacts

**Austin Borchardt Former Manager at Deer Dancer Ranch**

Phone: (817)564-5600

**M-G Feed**

Account Name: Jensen Ranches (tax exempt)

Contact: Mickey

Phone: (979)725-8584

Primary supplier of milled feed, supplement tubs, and mineral blocks. Also, supplier of forage seeds, ear tags, some basic veterinary products, fertilizer, and Stihl products. Will deliver feed.

**JED Cattle Co.**

Contact: Jed Dreher

Account Name: Jensen Ranches

Phone: (936) 348-4618

Address: 2978 Co Rd 145

        Bedias, TX 77831

Primary Supplier of Alfalfa

**IMORTANT**

As of Oct. 25, 2023, Jed is storing 13 3x3x8 bales of alfalfa that have already been paid for. This will likely be enough to supply feeding needs for several months. He is by far the least expensive supplier I have found. You will need to call him and arrange for pick up when you require more alfalfa. Can also deliver if needed.

**Dwayne Hennecke**

Account Name: Jensen Ranches

Phone: (979) 733-4201

Primary round bale supplier. Will deliver hay.

**Exhibit C - Handover Packet**

**3L Energy Solutions**

Account Name: Jack E. Jensen/Jensen Ranches

Phone: (713)434-7600

Primary supplier of farm diesel and unleaded gasoline

**Columbus Butane**

Account Name: Jensen Ranches/Jack E. Jensen

Phone: (979) 732-2074

Primary Supplier of propane and propane accessories.

**Dr. Kainer (Oak Grove Veterinary Clinic)**

Account Name: Jensen Ranches

Contact: Dr. Kainer

Phone: (979)561-7071

Primary onsite veterinary care and emergency services. Dr. Kainer offers multiple services including, tranquilizing, field surgery, etc. He also specializes in exotic animals. Also supplier of pharmaceuticals and can give recommendations. If there is something wrong with any of the exotic species that you need help with, call him.

**F9 Equine Clinic**

Account Name: Jensen Ranches

Contact: Dr. Fitzgerald

Phone: (979)732-4321

Primary veterinary care for the horses. General check ups and vaccinations every six months, August and February. Some emergency services.

**Exhibit C - Handover Packet**

**Columbus Animal Clinic**

Account Name: Jensen Ranches

Contact: Dr. Sherman

Phone: (979) 732-5758

Primary specimen tester, necropsies, general lab testing, pharmaceutical supplies.

**Tractor Supply Co.**

Account Name: Jensen Ranches (tax exempt)

Primary supplier of general supplies, some feed products, some animal care products, some veterinary care products. And limited plumbing supplies.

**AL&M Building Supply**

Account Name: Jensen Ranches (tax exempt)

Primary supplier of building supplies, power tools, and plumbing supplies.

**Cavender's Ford and Polaris**

Account Name: Jensen Ranches

Phone: (833) 968-2551

Primary supplier of parts and mechanical services for ranch truck and Polaris Rangers

**Columbus Tire Center**

Account Name: Jensen Ranches

Phone: (979)732-2689

Primary supplier of tires, on site mechanical services available

**Exhibit C - Handover Packet**

**Shoppa's Farm Supply**

Account Name: Jensen Ranches

Phone: (979)335-4887

Primary provider of parts and mechanical services for John Deere Tractors, Will provide on site service and repair.

**Rosenbaum Electric**

Account: Jensen Ranches

Contact: Blake Rosenbaum

Phone: (979) 732-7639

Primary provider of electrical services

**Columbus Plumbing**

Account Name: Jensen Ranches

Phone: (979)732-3691

Primary provider of pluming services

**J & S Water Wells**

Account Name: Jensen Ranches/Jack E. Jensen

Phone: (979) 865-2393

Primary provider of water well services.

**Exhibit C - Handover Packet**

**Texas Southern Drilling**

Account Name: Jensen Ranches

Phone: (832) 551-1374

**\*\*IMPORTANT\*\***

Texas Southern Drilling drilled and set up the well supplying the new house, it will be under warranty for some time. If that well goes down and you can't repair it, call them first. Their response time for service calls is slow, however. If the warranty is out call, J&S.

**Texas Irrigation Services**

Account Name: Jensen Ranches

Contact: Devon Eastler

Phone: (979) 733-7375

Primary lawn irrigation services provider and installation

**Affordable Tree Service**

Account Name: Jensen Ranches

Contact: Cody Kaminski

Phone: (979) 203-8356

Primary tree removal service and dumpster rentals.

**\*\*Important\*\***

I have them queued up to return in February to remove dying pine trees. You will need to contact them at the end of January.

**Exhibit C - Handover Packet**

**AI Diversified**

Account Name: Jensen Ranches

Contact: Chelsea Butler

Email: cmckenzie_07@yahoo.com

Phone: (308) 672-0325

Primary provider of artificial insemination services


**Condra Communication**

Account Name: Jensen Ranches

Contact: Sammy Condra

Office: (979) 732-2617

Phone: (979) 732- 0623

Primary service provider for IT, network, and communications


**Toepperwein Air Conditioning**

Account Name: Jensen Ranches

Contact: Judd Toepperwein

Phone: (979) 732-1081

Historic primary HVAC service provider. Usually, a slow response and hard to get a hold of. Recommend finding a more responsive service provider.


**Kainer Pest Control**

Account Name: Jensen Ranches

Phone: (979) 725-8985

Primary pest control service provider. They spray twice a year spring and fall. They last sprayed October 25, 2023.

**Exhibit C - Handover Packet**

**GBA Brother's**

Contact: Erick Armaya

Phone: (832) 847-0620

<span style="color:red">**\*\*IMPORTANT\*\***</span>

Erick is the contractor responsible for all the recent remodeling and renovations to the structures. He still has projects on going that will resume after the final closing on the new house. I highly recommend him for any future projects. He is multi-talented, and he and his crew can even help around the ranch occasionally.

**Southwest Aquatic Services**

Account Name: Jensen Ranches

Contact: Andrew Labay

Phone: (512)667-4275

Southwest Aquatic Services provides vegetation control for the lake and can provide restocking and surveys as well.

**Butch James**

Phone: (303) 888-1814

Butch is the primary service provider for the golf cart.

**Barry Huges**

Phone: (979)482-0346

Email: barryhughes123@yahoo.com

Barry is Dr. Jensen's main breeding business partner and half owner of CW and full owner of Heisman. He also owns three hinds and two fawns. He is a wealth of information and business contacts and can find buyers for stock. He will be a primary contact.

**Exhibit C - Handover Packet**

**Theresa Stevens**

Email: [Theresa.Stevens@aokc.net](mailto:Theresa.Stevens@aokc.net)

Phone: (713) 984-1400

Theresa is Dr. Jensen's office manager and handles receipts, invoices, bills, issues checks, and much more. She will be a primary contact on an almost daily basis.

**Rebecca Smith**

Email: [rebecca@mddocuments.com](mailto:rebecca@mddocuments.com)

Phone: (713)412-1171

Rebecca is a top advisor to Dr. Jensen and runs Managed Digital Documents. She will be a primary contact.

**Gregory Hodges**

Phone: (936)245-0233

Gregory is a wildlife broker that I met through Jed Dreher. If you have stock to move call him and Barry.

**Ashley Mcelroy**

Phone: (361)208-4647

Ashley and her daughter can provide cleaning services.

**Louisa Bauer**

Phone: (832)247-4243

Louisa can provide cleaning services.

**Exhibit C - Handover Packet**

**Renee Solara**

Phone: (832)816-4673

Renee is a neighbor to the northeast. He has access to the easement. Occasionally he will host a party and will leave the gate open and his guest will park at the entrance. Good guy.

**Dale Wood**

Phone: (713)724-3057

Dale is Renee's father-in-law and keeps up Renee's property.

**Rick Marik**

Phone: (979)578-2871

Rick is a neighbor to the north and east. His family owns several parcels to the north. They have access to the easement.

**Tim McNutt**

Phone: (512) 496-3163

Tim is a neighbor to the west, I've helped him clear trees off the fence from time to time, pretty easy to deal with.

**James Brod**

Phone: (979) 277- 2591

James is a neighbor directly to the east of the mobile home. His dogs and cows occasionally wander onto the property but haven't caused any problems.

**Susan Swanson**

Phone: (979) 541-7841

Susan is a member of the Marik family. She's kind of crazy and has been a slight nuisance and may accuse you of things. I rarely see her anymore though.

**Exhibit C - Handover Packet**

**Basic Breeding Outline**

This breeding outline is not intended to be a complete comprehensive plan for all breeding on Deer Dancer Ranch. This is meant to be a basic suggestive outline of general practices as all plans will need to be adaptable to unpredictable changes outside of any measures of control.

**Goals**

Clear long-term goals are imperative. So long as clear goals are set all plans and adjustments can be made to obtain them as they serve as a guidepost. Without clear goals all plans will be short sighted, and progress will ultimately stagnate, and results will probably regress in a negative direction.

**Current State**

As of October 2023, there are currently 28 Jensen owned hinds exposed to breeding. These 28 hinds are separated into two paddocks. (Even though the information is on Farmbrite I will make a list describing the populations of occupied paddocks.) The exposed hinds are currently in Paddocks 5 and 11. All hinds in the 800 series of tag number were artificially inseminated with Red 947 semen on October 3, 2023. The rest are covered by CW and Heisman. Refer to the paddock breakdown list or farmbrite for the locations of specific deer.

**DNA Testing**

DNA testing should be carried out soon and continue especially moving forward with three possible sires for fawns born in 2024. You will need to resume your membership with The Exotic Wildlife Association based Kerrville, Texas and they will be able to provide testing services. *Note CW is registered as Alpha Stag*

**Selective Breeding Process**

Barry Huges understands this process and will be the best resource to contact if you have questions. Moving forward as each hind produces stags that have the traits your looking for outlined in your goals will need to be preserved as their female offspring. Any hinds that consistently produce female offspring should be sold as soon as their offspring are proven fertile and come to term. The key to creating consistently large and larger stags will be by identifying hinds that give birth to them. This will take a few years or long enough for them to produce stags that from two years and up display desired traits. Any hinds that produce substandard offspring should be sold as soon as they are identified along with their entire downstream blood lines. This is where DNA testing is imperative, DNA will give you the most accurate information on paternity and maternity to identify proven bloodlines and substandard bloodlines.

*NOTE* All deer in the 200 series tags are 100% CW fawns all females should be retained and all stags should be held to at least two or three years old to observe transfer of genes.

**Exhibit C - Handover Packet**

**Artificial Insemination and Covering**

For the 2024 breeding cycle I would highly suggest using the highest quality semen available. Any hinds over the age of 2 ½ should be inseminated. When determining which stags should cover hinds I would suggest at least one generational gap between sires (don't let Stags impregnate their daughters, granddaughters are probably far enough away.) So Basically any hinds sired by CW should be covered by Heisman and vice versa.

**Detailed Record Keeping**

Keeping accurate and detailed records of progeny and genealogy will be the best way to ensure that your selective breeding process stays on course. Farmbrite has many tools for this. Explore them. Use them.

**Exhibit C - Handover Packet**

**Basic Feeding and General Care Instructions**

**Red Deer**

The deer feed currently used is Antler Gen 2 sold by M-G Feed. (see important contacts list) I usually order 80 bags at a time and place my order at least 5 days prior to running out. They will deliver and I usually help unload it at the feed shed. The general rule is 1 bag of feed per 10 deer. As of November 1, 2023 I am putting out 6 bags per day. While there are 66 total deer 18 are fawns and do not require 5 pounds of feed at this time but their needs will increase to that amount by summer of 2024. I feed six days a week unless it's raining. If its raining the deer will most likely not eat and if you put the feed out it will turn to mush a create a huge mess. I also fed alfalfa supplied by JED cattle company (see important contacts list) at a general rate of half a flake per 10 deer. However, the alfa consumption will vary greatly depending on the time of year and forage available in the pens. It's best to monitor how much fed and alfalfa is being left behind from the day before and adjust accordingly. If they are leaving a lot behind your feeding too much, if they are cleaning everything up, you're not feeding enough. I also leave mineral blocks available for all deer.

Current feed distribution among deer pens

Paddock 11, 2 bags of feed and 1 flake of alfalfa

*IMPORTANT* During breeding season you can not enter the pen with CW without significant risk to yourself or equipment because he is incredibly aggressive. You have to feed over the fence and he will try to rip things from your hand and he WILL BITE YOU.

Paddock 8, 1 bag of feed and ½ flake of alfalfa

Paddock 7, 1 ½ bags of feed and ¾ flakes of alfalfa

Paddock 5, 1 bag of feed and ½ flake of alfalfa

Paddock 4, ½ bag of feed and ¼ flake of alfalfa

**Bison and Zebu**

I feed one bag of range cubes supplied by M-G feed every day to the Bison and Zebu. I also leave a protein/vitamin/mineral tub out, and feed round bales as needed.

*IMPORTANT* This is going to sound like a lie but this works. The buffalo will meet you at the gate, if you open the gate they will walk out unless you very gently tell the big brown one "back up Gilbert" until he takes at least one step back, often times he will move the rest back as well. Don't ever yell at them and give them space. They are not pets as gentle as they may seem. You can scratch their noses from the ranger and you can pet the little black zebu. Beyond that don't take any unnecessary risks.

**Exhibit C - Handover Packet**

**Horses**

I call the horses to the feed barn every morning six days a week and feed ¼ scoop or less of low carb horse feed from Tractor supply between the two.

**Worming/Vaccinations**

The vet (Dr. Fitzgerald, see contacts list) worms the horses twice a year. The deer and bovine get wormed four times a year.

In December and June I put out feed medicated with Fenbendazole supplied by M-G for two days. The feed for the deer is called Medicated Zoo feed and feed for the bison/bovine is produced by Safeguard. I feed it at the same rate as normal feed for one day and then a week later I will repeat it for one day.

In March I use pour on Ivermectin. I'll run as many deer though the barn as I can *Note CW will not and should not be put in the barn* and use a garden sprayer to apply it. I don't run them through the squeeze chute and just apply it in the working pens. I use a water gun/super soaker for the buffalo with varying success.

In September I use a vet recommended 8 way vaccine and an injectable ivermectin for the deer. I run as many as I can through the barn and they have to be squeezed. Heisman and CW will probably have to be tranquilized in their pens for this and also cut off their antlers, CW must have his antlers cut as soon as he rubs out for his safety and yours. The younger stags can be run through the barn and you can cut their antlers off there. If you have help.  I use the pour on for the bison and zebu in September.

**Exhibit C - Handover Packet**

**Plantings, Hay production, Fertilizer, Mowing, and Irrigation**

**Planting**

Any planting typically occurs in mid to late September early October. I usually use 1000 lbs of rye grass and 1000 lbs of Top Notch Wildlife Super blend supplied by M-G feed. There is ZERO need to plow.

I use the seed spreader with the little tractor. I keep the doors set to the rate I found works best. I don't know how many pounds per acre.

I put out rye grass around the barn, across the road by the feed shed, the area between the feed shed and Tipi area, around the Cabin, Main house and Inipi field. Its usually about 6-7 bags or less. The rest of the rye grass seed I put out in the West Park.

The wildlife blend is distributed between Paddocks 11, 8, 7, 6, 5, 4 in that order. I only put seed out in the open areas as most of the seeds require direct sun light. This blend will continue to produce different forage plants into late spring. If you plant Paddock 10 it is best to use straight forage turnips due to heavy shade and they can also be planted in early spring in shady areas.

**Hay Production \*\*IMPORTANT\*\***

Any hay production so far has been under a lease with Alex Diebert (832)358-5977 which is valid for the entirety of 2023. The hay fields are primarily the Buffalo Meadow and Paddock 1. The basic outline of the agreement is we supply the first round of fertilizer and get enough hay to meet feed requirements for the year. At current stocking rates no more than 40 (probably less) bales will be needed, I have never fed more than 30 in a year. Once we meet our requirements, any hay produced after that is his.

**Fertilizer**

I usually put out fertilizer supplied by M-G in mid to late spring. At a rate of 350 lbs per acre. I will fertilize the West Park, Inipi field, the areas around the barn, feed shed, area between feed shed and tipi, Cabin, paddocks 8,7,6,5,4,1, and buffalo meadow. The main house will have to be fertilized by hand when the time comes. The fertilizer composition is determined by soil sample tests through the local ag extension agency. Soil tests should be done every few years.

**Irrigation**

Irrigation points exits in multiple locations around the ranch which a map with GPS coordinates will be provided. They are all supplied along with all other water sources in the paddocks by the 15hp well located in between the equipment barn and raceway (will be on a map) it is fed through the well house next to the barn. There is a cistern and booster pump in the well house that as far as I can tell has been by passed at some point in the past. All 2 inch irrigation points have a brass valve that you simply turn and the well has enough pressure to irrigate. There are two water wheels and two "guns". The water wheels aren't functioning at the moment but you can use the discharge hoses in conjunction with the guns if needed. The paddocks are planted with tiffton 85 and its drought resistant.

**Exhibit C - Handover Packet**

**Mowing/Shredding**

Mowing and shredding occurs as needed. The Inipi field, HQ areas, and mobile home will need to be mowed with the finish mower. Areas in the paddocks under the trees will require the small Shredder, Other larger open areas can be shredded with the large shredder in conjunction with the small shredder for tight spaces.

It should be noted that the paddocks that get planted with wildlife blends wont require much shredding as the deer will eat most of it down. It should also be noted that any shredding with large shredder in the paddocks should cease once fawns are being born. If you need to shed in paddocks with fawns use the little shredder so you can spot fawns. I would delay shredding in paddocks during fawning season so the fawns have cover.

**Exhibit C - Handover Packet**

**Occupied Paddock Population Breakdown as of November 1, 2023**

*Note, the first number on the tag number indicates year of birth, i.e. tag no. 14 indicates that it was born in 2021. Any letters indicate sire/bloodline*

**Paddock 4**

Total Population: 4

Stags:4

> White 14
>
> White 112
>
> CW204
>
> CW202

**Paddock 5**

Total Population: 13

Stags: 1

> Heisman <span style="color:red">(Property of Barry Huges)</span>

Hinds: 11

> M801
>
> M804
>
> M805
>
> M807
>
> M808
>
> C812
>
> O817
>
> O819
>
> CW205
>
> CW207
>
> CW215

Fawns: 1 untagged fawn

**Exhibit C - Handover Packet**

**Paddock 7**

Total Population: 19

Hinds: 5

      White 010

      White 110

      White 113

      Yellow 31

      Yellow M55

      Yellow M58

Fawns: 19

      CW303

      304

      305

      306

      308

      311

      312

      313

      314

      315

      316

      317

      + 1 untagged CW fawn

**Exhibit C - Handover Packet**

**Paddock 8**

Total population: 7

Stags: 4

CW203

CW206

CW212

CW213

Hinds: 2

CW209

CW214

Fawns: 1

CW301


**Paddock 11**

Total Population: 23

Stags:1

Chief Wabaunsee (50/50 ownership between Dr. Jensen and Barry Huges)

Hinds: 20

White 11

White 12

White 16

White 17

White 19

White 111

Red LH74

Red LH77

M802

M806

M809

**Exhibit C - Handover Packet**

**(Paddock 11 Cont.)**

M810

C811

C813

C814

C815

O818

**\*\*IMPORTANT\*\***

The following five deer are in Paddock 11 but they are property of Barry Huges.

White 44

White 45

White 47

+2 untagged fawns

Exhibit C - Handover Packet



**Exhibit C - Handover Packet**

New House
Utility Map

Lake

New House

Transformer

Water well

Propane Tank

Fiber Optics

Septic Tank

Drain Field

**Exhibit C - Handover Packet**



**Exhibit C - Handover Packet**

Catfish Cabin Well Water Line Map

West Park
29° 49' 7" N
96° 28' 22" W

Lily Field
29° 49' 16" N, 96° 28' 17" W

Catfish Cabin
29° 49' 6" N, 96° 28' 15" W

**Exhibit C - Handover Packet**

**Paddock Water Line Map Key**

1.  Pad 8 water trough: 29° 49' 15" N, 96° 27' 48" W

2.  Pad 7 irrigation point: 29° 49' 15" N, 96° 27' 44" W

3.  Pad 7 water trough and valve: 29° 49' 9" N, 96° 27' 43" W

4.  Pad 6 water trough and valve: 29° 49' 7" N, 96° 27' 42" W

5.  Pad 5 irrigation point: 29° 49' 6" N, 96° 27' 38" W

6.  Pad 5 water trough and valve: 29° 49' 2" N, 96° 27' 36"

7.  Pad 4 irrigation point: 29° 49' 2" N, 96° 27' 34" W

8.  Pad 4 trough: 29° 48' 54" N, 96° 27' 31" W

9.  Pad 4 valve: 29° 48' 54" N, 96° 27' 32" W

10. Pad 3 irrigation point and trough: 29° 48' 53" N, 96° 27' 39" W

11. Lake Valve: 29° 48' 51" N, 96° 27' 39" W

12. Buffalo Meadow irrigation point: 29° 48' 51" N, 96° 27' 49" W

13. Pad 2 spigot: 29° 48' 44" N, 96° 27' 39" W

14. Pad 2 trough and valve: 29° 45' 46" N, 96° 27' 34" W

15. Pad 1 trough: 29° 48' 43" N, 96° 27' 39" W

16. Pad 1 irrigation: 29° 48' 43" N, 96° 27' 35" W

17. Pad 1 irrigation: 29° 48' 38" N, 96° 27' 35" W