United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DALE WESTMORELAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-5571 |
| | § | |
| DEER DANCER RANCH, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] are Jensen Ranches, Inc.'s ("Movant") Motions to Set Aside Entry of Default. (ECF Nos. 9–10).  On April 7, 2026, the Undersigned held an initial conference where Plaintiff acknowledged that he is unopposed to the pending motions being granted.  As such, the Court **RECOMMENDS** Movant's Motions to Set Aside Entry of Default (ECF Nos. 9–10) be **GRANTED**.  *See Harris v. Equifax Info. Services, LLC*, No. 4:25-cv-807, 2025 WL 3221610, at *1 (N.D. Tex. Oct. 30, 2025), *report and recommendation adopted*, No. 4:25-cv-807, 2025 WL 3218985 (N.D. Tex. Nov. 18, 2025) ("An order granting a motion to set aside a default is a dispositive order to which the undersigned may only make a recommendation to the

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72.  (ECF No. 15).

district judge.") (citing *Parks v. Collins*, 761 F.2d 1101, 1105–06 (5th Cir. 1985)).

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13.  Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on April 7, 2026.

Richard W. Bennett
United States Magistrate Judge

2