United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DALE WESTMORELAND, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25cv5571 |
| | § | |
| DEER DANCER RANCH, ET AL., | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 7, 2026 (Dkt. 29) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Movant Jensen Ranches, Inc.'s Motions to Set Aside Entry of Default (Dkt. 9 and 10) are **GRANTED**.

It is further **ORDERED** that the Order (Dkt. 8) granting default against Defendant Deer Dancer Ranch is **VACATED**.

**SIGNED** at Houston, Texas this **23ᵈ** day of April, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE